Probation Form No. 35

Report and Order Terminating Probation /Supervised Release
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF KENTUCKY**

Eastern District of Kentucky
**FILED**
FEB - 8 2011
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES OF AMERICA

V.

Crim. No. 08-misc-2005-DLB

**Jason Downey**

On 10/17/2008 the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Jason Downey be discharged from Supervised Release.

Respectfully submitted,

*Leanne Vonderhaar*

Leanne Vonderhaar
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 8th day of February, 2011.

David L. Bunning
U.S. District Judge

Signed By:
David L. Bunning
United States District Judge